IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-10458-JBS |
| | ) | |
| ANNA MICHALSKA, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date: September 25, 2018 |
| | ) | Hearing Time: 10:30 a.m. |

## CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on July 10, 2018, she caused to be served a true and correct copy of each of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** via (i) the Court's CM/ECF electronic noticing system, upon all registered participants in this proceeding, so identified on the attached Service List; and (ii) First Class, U.S. Mail, postage prepaid, upon each of the parties, as noted, on the attached Service List.

Dated: July 10, 2018

/s/ Jennifer M. McManus
Jennifer M. McManus

Subscribed and sworn to be before me
this 10th day of July, 2018

_____
Notary Public



TERESA MARIE BROWN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 12, 2020

47598788v.1

## ANNA MICHALSKA
## SERVICE LIST

**SERVED VIA ELECTRONIC CM/ECF**

| | |
|---|---|
| Patrick S. Layng | USTPRegion11.es.ecf@usdoj.gov |
| James L. Wright | jwright@zcwlaw.com, lkuziel@zcwlaw.com; srajzer@zcwlaw.com; agilbertson@zcwlaw.com |
| Joseph Wrobel | josephwrobel@chicagobankruptcy.com, chepe48@gmail.com, lindabolotin@gmail.com |

47598788v.1

## SERVICE LIST

**VIA UNITED STATES MAIL**

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX  75016-8088

BMO Harris Bank N.A.
c/o Walinski & Associates P.C.
2215 Enterprise Drive
Suite 1512
Westchester, IL  60154-5804

Wells Fargo Equipment Finance
600 South 4th Street
Minneapolis, MN  55415-1526

47598788v.1