UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
MICHALSKA, ANNA § Case No. 17-10458-JBS
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gus A. Paloian, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $124,900.35 (Without deducting any secured claims) | Assets Exempt: $21,700.00 |
| Total Distributions to Claimants: $1,018.47 | Claims Discharged Without Payment: $328,682.74 |
| Total Expenses of Administration: $6,481.53 | |

3) Total gross receipts of $7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $151,352.00 | $10,815.04 | $10,815.04 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $6,481.53 | $6,481.53 | $6,481.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $49,163.90 | $327,087.31 | $327,087.31 | $1,018.47 |
| **TOTAL DISBURSEMENTS** | $200,515.90 | $344,383.88 | $344,383.88 | $7,500.00 |

4) This case was originally filed under chapter 7 on 04/02/2017. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   03/19/2019          By :   /s/ Gus A. Paloian
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Make: Honda Model: Pilot - Touring Year: 2014 Mileage: 38256 Other | 1129-000 | $7,500.00 |
| **TOTAL GROSS RECEIPTS** | | $7,500.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Honda Finance | 4110-000 | $13,080.00 | $10,815.04 | $10,815.04 | $0.00 |
| | Provident Funding | | $138,272.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $151,352.00 | $10,815.04 | $10,815.04 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SEYFARTH SHAW LLP | 3110-000 | NA | $4,977.00 | $4,977.00 | $4,977.00 |
| SEYFARTH SHAW LLP | 3120-000 | NA | $4.53 | $4.53 | $4.53 |
| Gus A. Paloian | 2100-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,481.53 | $6,481.53 | $6,481.53 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Wells Fargo Equipment Finance | 7100-000 | $0.00 | $208,545.63 | $208,545.63 | $649.36 |
| 2 | BMO Harris Bank N.A. | 7100-000 | $46,550.00 | $118,541.68 | $118,541.68 | $369.11 |
| | Advocate Chist Medical Center | | $2,613.90 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $49,163.90 | $327,087.31 | $327,087.31 | $1,018.47 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 17-10458  
Case Name: MICHALSKA, ANNA  
Judge: Jack B. Schmetterer  
Trustee Name: Gus A. Paloian  
Date Filed (f) or Converted (c): 04/02/2017 (f)  
341(a) Meeting Date: 05/16/2017  
For Period Ending: 03/19/2019  
Claims Bar Date: 11/15/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 7925 S. Latrobe Burbank, IL - 60459-0000 Cook County | 139,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Make: Honda Model: Pilot - Touring Year: 2014 Mileage: 38256 Other Information: In possession of the Debtor | 26,000.00 | 0.00 |  | 7,500.00 | FA |
| 3. Miscellaneous used household goods and furnishings | 900.00 | 0.00 | OA | 0.00 | FA |
| 4. Used clothing fully depreciated | 300.00 | 0.00 | OA | 0.00 | FA |
| 5. Personal Funds Cash | 50.00 | 0.00 | OA | 0.00 | FA |
| 6. Checking Byline Bank #1082 | 833.35 | 0.00 | OA | 0.00 | FA |
| 7. Company name: Term life insurance through employer - American General Life # 0751 ; Beneficiary: Peter Wochnik | 0.00 | 0.00 | OA | 0.00 | FA |
|  |  |  |  |  | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 167,083.35 | 0.00 |  | 7,500.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Final Report was submitted to the UST on June 4, 2018 and was subsequently filed with the Court. The hearing on TFR and applications for compensation is set for September 25, 2018.

UST Form 101-7-TDR (10/1/2010) (Page 5)

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-10458 | Judge: | Jack B. Schmetterer | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|
| Case Name: | MICHALSKA, ANNA | | | Date Filed (f) or Converted (c): | 04/02/2017 (f) |
| | | | | 341(a) Meeting Date: | 05/16/2017 |
| For Period Ending: | 03/19/2019 | | | Claims Bar Date: | 11/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 05/30/2018        **Current Projected Date of Final Report(TFR) :** 05/30/2018

**Trustee's Signature**    /s/Gus A. Paloian                **Date:**  03/19/2019
Gus A. Paloian
233 W. Wacker Drive
Suite 8000
Chicago, IL 606066448
Phone : (312) 460-5360

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-10458 | | Trustee Name: | Gus A. Paloian |
| Case Name: | MICHALSKA, ANNA | | Bank Name: | East West Bank |
| | | | Account Number/CD#: | ******0421 ANNA MICHALSKA |
| Taxpayer ID No: | **-***4272 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/19/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/28/2017 | [2] | PETER WOCHNIK | PURCHASE OF 2014 HONDA PILOT - 1ST INSTALLMENT PAYMENT | 1129-000 | 4,500.00 | | 4,500.00 |
| 10/26/2017 | [2] | ANNA MICHALSKA | INSTALLMENT PAYMENT - OCTOBER, 2017 | 1129-000 | 500.00 | | 5,000.00 |
| 11/17/2017 | [2] | ANNA MICHALSKA | SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | 500.00 | | 5,500.00 |
| 12/21/2017 | [2] | ANNA MICHALSKA | SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | 1,000.00 | | 6,500.00 |
| 01/19/2018 | [2] | ANNA MICHALSKA | SETTLEMENT INSTALLMENT PAYMENT | 1129-000 | 1,000.00 | | 7,500.00 |
| 09/25/2018 | 1001 | Gus A. Paloian 233 S. Wacker Drive Suite 8000 Chicago , IL 60603 | Trustee Compensation | 2100-000 | | 1,500.00 | 6,000.00 |
| 09/25/2018 | 1002 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | 4,977.00 | 1,023.00 |
| 09/25/2018 | 1003 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | 4.53 | 1,018.47 |
| | | | | Page Subtotals | 7,500.00 | 6,481.53 | |

UST Form 101-7-TDR (10/1/2010) (Page 7)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-10458 | Trustee Name: Gus A. Paloian |
| Case Name: MICHALSKA, ANNA | Bank Name: East West Bank |
| | Account Number/CD#: ******0421 ANNA MICHALSKA |
| Taxpayer ID No: **-***4272 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 3/19/2019 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/25/2018 | 1004 | BMO Harris Bank N.A. c/o Walinski &#038 Associates P.C. 2215 Enterprise Dr. Westchester , IL 60154 | Claim #: 2; Distribution Dividend: 0.31; | 7100-000 | | 369.11 | 649.36 |
| 09/25/2018 | 1005 | Wells Fargo Equipment Finance 600 South 4th Street Minneapolis , MN 55415 | Claim #: 3; Distribution Dividend: 0.31; | 7100-000 | | 649.36 | 0.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 1,018.47 |
| | **COLUMN TOTALS** | 7,500.00 | 7,500.00 |
| | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | **SUBTOTALS** | 7,500.00 | 7,500.00 |
| | Less: Payments to Debtors | | 0.00 |
| | **Net** | 7,500.00 | 7,500.00 |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: 7,500.00 | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Disbursements: 7,500.00 | ******0421 ANNA MICHALSKA | 7,500.00 | 7,500.00 | |
| All Accounts Net: 0.00 | **Net Totals** | 7,500.00 | 7,500.00 | 0.00 |